**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

In Re:                                              :
                                                    :
                                                    :
                                                    :
COVID-19 ENTRANCE                                   :
REQUIREMENTS                                        :        STANDING ORDER 2022-02
                                                    :
_____                         :

## STANDING ORDER

To protect public health, including the health of court staff, parties, court

participants, and all other building occupants, the Court hereby orders that:

1. The following persons shall not enter any courthouse or U.S. Probation Office

   of the Middle District of Georgia without prior permission from the Chief Judge

   or his designee:

   a. Persons who have been diagnosed with COVID-19 within the last five

      days, or;

   b. Persons who have been diagnosed with COVID-19 within the last

      fourteen days and symptoms have not resolved; or

   c. Persons who have been asked to self-quarantine by any healthcare

      provider or state or local health authority within the time period of

      entering the courthouse; or

   d. Fully vaccinated persons who have been exposed to COVID-19 within

      the last five days and are experiencing symptoms of COVID-19; or

   e. Unvaccinated persons who have been exposed to COVID-19 within the

      previous five days; or

    f.  Persons currently experiencing symptoms of COVID-19 identified by the CDC, including fever or chills, cough, shortness of breath, new loss of taste or smell, nausea or vomiting, and diarrhea.

2.  The following procedures govern the use of masks or other face coverings:

    a.  Pursuant to CDC guidance, masks or other face coverings that cover the mouth and nose must be worn by <u>unvaccinated</u> persons in all public areas of court occupied space in the Middle District of Georgia. Fully vaccinated persons must wear masks unless otherwise ordered by the Court.  Masks will be provided to entrants if necessary.

    b.  Presiding judges shall establish the requirement for wearing masks for court proceedings in their courtrooms.

3.  Anyone denied entry due to these precautions will be provided with contact information to contact the relevant court or other agency with whom they have business.

4.  The United States Marshal, his deputies, and court security officers shall deny entry to anyone attempting to enter in violation of this Order and shall have the authority to remove anyone from a courthouse or United States Probation Office in the Middle District for failure to abide by this Order while in our facilities.

5.  Nothing in this order prevents hearings from being conducted remotely pursuant to the CARES Act with the consent of the Defendant and approval of the presiding judge.

6.  This order supersedes all previous standing orders inconsistent with today's

    order.

**SO ORDERED**, this 4th day of February, 2022.

Marc T. Treadwell
MARC T. TREADWELL
CHIEF UNITED STATES DISTRICT JUDGE
